MARCH 17, 1972

No. A-937 (71-1170). WHDH, INC. *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT; and

No. A-937 (71-1171). WHDH, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Application for stay pending action on petition for writ of certiorari [No. 71-1171] and motion for leave to file petition for writ of mandamus [No. 71-1170] presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

MARCH 20, 1972

No. 71-936. MANARD ET AL. *v.* MILLER, ATTORNEY GENERAL OF VIRGINIA, ET AL. Affirmed on appeal from D. C. E. D. Va. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 71-675. KAPPOS *v.* IOWA. Appeal from Sup. Ct. Iowa dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 71-5399. PERRYMAN *v.* WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.